MILDRED SCHWARTZ, Respondent, v. SAMUEL FRANK & COMPANY, INC., and SAMUEL FRANK, Defendants, and ISADORE J. GINSBERG, Appellant.— Judgment reversed upon the law and the facts and a new trial granted, costs to appellant to abide the event. The court is of opinion that the remarks made by the trial

---

* Affd., 251 N. Y. ——.

justice at folios 117, 118, 125, 126 and 128 — although the last mentioned was corrected by the charge — were unjustified and prejudicial to the appellant. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.